# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**LAUREN DEWAR,**

           *Plaintiff*,

           **CASE NO:** 2:17-cv-515-FtM-29MRM

    v.

**FORDS BOATHOUSE CAPE CORAL, LLC d/b/a THE BOATHOUSE TIKI BAR & GRILL**,

           *Defendant.*
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through undersigned counsel, stipulate that all claims be dismissed in their entirety, with prejudice.

**February 23, 2018**

| | |
|---|---|
| */s/ Jason L. Gunter* | */s/ Christina Thomas Mazaheri* |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| | |
| **GUNTERFIRM** | **MORGAN & MORGAN, P.A.** |
| Jason L. Gunter, Esq. | Christina Thomas Mazaheri, Esq. |
| Florida Bar No.: 0134694 | Florida Bar No.: 0074846 |
| jason@gunterfirm.com | 333 W. Vine St., Ste. 1200 |
| Conor P. Foley, Esq. | Lexington, KY 40507 |
| Florida Bar No.: 111977 | Tel: (859) 286-8369 |
| conor@Gunterfirm.com | cthomas@forthepeople.com |
| 1514 Broadway, Ste. 101 | |
| Ft. Myers, FL 33901 | |
| Telephone:(239) 334-7017 | |
| Facsimile:(239) 236-8008 | |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the __23rd__ day of February, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel set forth above.

            /s/ Jason L. Gunter
            Jason L. Gunter